No. 67098.—Biddle Purchasing Co. et al. *v.* United States, protests 62/11549, etc. (Norfolk).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 2, 1962

No. 67099.—Raleigh Industries of America, Inc., and Hercules Division, American Machine & Foundry Co. *v.* United States, protests 62/2480 and 62/2489 (Seattle).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 67100.—Daido Corporation et al. *v.* United States, protests 328997–K, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of bicycle horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.